### BOYD YATES v. THE STATE.

*No. 1152.   Decided March 24th, 1897.*

**Judgment—Swearing of Jury.**

A judgment which fails to show that the jury were selected, empaneled and sworn, is not a valid judgment. Code Crim. Proc., Art. 831, Subdiv. 4.

APPEAL from the County Court of Stonewall. Tried below before Hon J. W. KELLEY, County Judge.

Appeal from a conviction for failing to work a public road; penalty, a fine of $1.

No statement necessary.

*Leggett & Cunningham*, for appellant, cited Cannon v. State, 5 Tex. Crim. App., 34; Howard v. State, 8 Tex. Crim. App., 613; Berry v. State, 10 Tex. Crim. App., 315; Dresch v. State, 14 Tex. Crim. App., 177.

*Mann Trice*, Assistant Attorney-General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted for failing to work a public road. The judgment fails to show that the jury was selected, empaneled, and sworn. This is assigned as error. We think the point well taken. Article 831, Code Crim. Proc., provides that the judgment must show the selection, empaneling, and swearing of the jury. The judgment is reversed, and the cause remanded.

*Reversed and Remanded.*